ROCHELLE BARTELSTONE ET AL. *v.* BLUE CROSS AND BLUE SHIELD OF CONNECTICUT, INC.

The plaintiffs' petition for certification for appeal from the Appellate Court, 3 Conn. App. 627, is denied.

*Leon M. Rosenblatt,* in support of the petition.

*Lissa J. Paris,* in opposition.

Decided June 4, 1985

CARL NERI ET AL. *v.* ARTHUR B. POWERS, COMMISSIONER OF TRANSPORTATION, ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 3 Conn. App. 531, is denied.

*James D. Reardon,* in support of the petition.

*William J. Prensky,* assistant attorney general, and *Joseph I. Lieberman,* attorney general, in opposition.

*Leo Nevas,* in opposition.

Decided June 4, 1985

ROBERT SALKA ET AL. *v.* KENNETH LARSON ET AL.

The named defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Barry D. Guilano,* in support of the petition.

*Jason E. Pearl,* in opposition.

Decided June 4, 1985